# COMPLAINT
(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 MAY 18 P 1:35
STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Shirley Delores Nixon Elliman
845 North Van Buren
Milwaukee, WI 53202

v.

Case Number: **17-C-0700**

(Full name of defendant(s))

The Cathedral Center
845 North Van Buren
Milwaukee, WI 53202
Shelter Home

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Milwaukee, WI_ and resides at
   (State)
   _845 North Van Buren_
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Milwaukee County Transit System_
   (Name)
   is (if a person or private corporation) a citizen of _Milwaukee City Bus System_

Complaint – 1

and (if a person) resides at ___17 Street, Milwaukee, WI___ (State, if known) / (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Cathedral Shelter Center refuse to let me use Restroom on Wednsday 17th 2017 to clean and redress myself after Diarrheal Attack. Had medical appointment. Often mistreated there. No where else to go unless AID-helps.

2) Milwaukee County Transit System has buses I put on Milwaukee Company's Status since 1999. Mutual Ag Aplus

Complaint – 2

Converging from Norfolk Virginia's City's Bus Company.

They've claimed U.S. Treasury Dept's monies- Housing property Personal Clothing- food + furnishing Some Since February 2017. 91 Housing Depts- IAN. Doyle. Suggest departure of marriage to maybe former employee- Been claiming some Hospital procedures- Banks related - Patonia Hotel Assult At night Hilton M.l- Waukee W. - March 2017
IRS FRAUD April my SS# ████████-6081

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Should my lawsuit be won I'd like to have Filing Fee deducted

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18th__ day of __MAY__ 20_17_.

Respectfully Submitted,

_/s/ Shirley D. Nixon_
Signature of Plaintiff

_414-831-0394_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_845 North Van Buren_
(Mailing Address of Plaintiff)
_Milwaukee, WI 53202_

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5